LAW OFFICES OF HEYWOOD G. FRIEDMAN
A Professional Corporation
Heywood G. Friedman (SBN 125151)
Email: Heywood@friedmanlawoffices.com
Jay Parmelee (SBN 274676)
Email: Jay@friedmanlawoffices.com
Adjoa Anim Appiah (SBN 301918)
Email: Adjoa@friedmanlawoffices.com
31416 Agoura Road, Suite 200
Westlake Village, California 91361-5638
(818) 707-1488 Facsimile (818) 707-0490

Attorneys for Plaintiff, TOWER INSURANCE COMPANY OF NEW YORK d/b/a TOWER SELECT INSURANCE COMPANY

ALSTON & BIRD LLP
Peter E. Masaitis (SBN 202006)
Email: peter.masaitis@alston.com
Jesus J. Torres (SBN 222726)
Email: jesus.torres@alston.com
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
(213) 576-1000

Attorneys for Defendants, JARDEN CORPORATION & SUNBEAM PRODUCTS, INC., d/b/a JARDEN CONSUMERS SOLUTIONS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOWER INSURANCE COMPANY OF NEW YORK, a New York corporation d/b/a TOWER SELECT INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>JARDEN CORPORATION; a Delaware corporation; SUNBEAM PRODUCTS, INC., a Delaware corporation d/b/a JARDEN CONSUMER SOLUTIONS; FOSHAN SHUNDE TOPPIN ELECTRICAL TECHNOLOGY CO., LTD., business form unknown; and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NO.: 1:15-CV-00405-WBS-SKO<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)-(B)**<br><br>Judge: Honorable William B. Shubb<br>Ctrm: 5, 14th floor |

/ / /

/ / /

1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)-(B)**

Pursuant to the Parties' Joint Stipulation and good cause appearing, the Court makes the following Order:

1. This matter, case no. 1:15-CV-00405-WBS-KO, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B); and,

2. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)-(B)